U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 3 0 2016

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LOUIS VERNON JACKSON, Plaintiff | CIVIL ACTION NO. 1:16-CV-1062; SECTION "P" |
| VERSUS | JUDGE TRIMBLE |
| NATCHITOCHES POLICE DEPT., ET AL., Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objection filed by Plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the above-captioned civil rights case is **STAYED** and **ADMINISTRATIVELY CLOSED** until the criminal proceeding in Natchitoches Parish against Plaintiff for his May 7, 2016 arrest on charges of obscenity, resisting an officer by force or violence, and possession of synthetic marijuana with intent to distribute (Doc. 1, p. 9), is complete, subject to the following conditions:

a. Within thirty (30) days of the date the state court criminal proceeding has concluded, Plaintiff **SHALL FILE** a motion asking this Court to lift the stay. The action will proceed at that time, absent some other bar to suit. See Wallace v. Kato, 549 U.S. 384 (2007).

b. If the criminal proceeding is not concluded within six (6) months, Plaintiff **SHALL FILE,** on March 1, 2017, a status report indicating the expected completion date of the proceeding. Additional status reports shall be filed every six (6) months thereafter until the stay is lifted.

In light of the stay, Plaintiff **SHALL NOT** file any more documents in this action until the state court proceedings have concluded.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 30th day of ___August___, 2016.

                                                              JAMES T. TRIMBLE, JR.
                                                              UNITED STATES DISTRICT JUDGE